IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:20-mj-00087 |
| vs. | : | MAGISTRATE JUDGE JOLSON |
| SANTOS AMAYA-CRUZ, | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING**

Now comes the defendant, Santos Amaya-Cruz, through undersigned counsel, and respectfully requests an Order to continue the preliminary hearing currently scheduled to take place on February 24, 2020, for a period of one week. The government has proposed a potential resolution of this matter, which resolution would require Mr. Amaya-Cruz to waive his preliminary hearing. Counsel needs additional time to discuss the proposed resolution with Mr. Amaya-Cruz with the assistance of an interpreter. Counsel therefore submits that there is good cause for the requested continuance. Fed. R. Crim. P. 5.1(d). Assistant United States Attorney Roger Dinh does not oppose this request.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER

  /s/  Laura E. Byrum
Laura E. Byrum (VA 48150)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio  43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Laura_Byrum@fd.org

Attorney for Defendant
Santos Amaya-Cruz

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

　/s/  Laura E. Byrum
Laura E. Byrum (VA 48150)
Assistant Federal Public Defender

Attorney for Defendant
Santos Amaya-Cruz